_____

No. 95-2058
_____

William H. Whetstine,            *
                                 *
        Appellant,               *
                                 *
    v.                           *
                                 *  Appeal from the United States
Walter Saur; Barbara Binnie;     *  District Court for the
Robert A. Jackson; JoAnne C.     *  Southern District of Iowa.
Lawrence; Kittie D.              *
Weston-Knauer; Sally Chandler    *  [UNPUBLISHED]
Halford; Steven Wolmutt,         *
                                 *
        Appellees.               *


_____

    Submitted:  January 30, 1996

        Filed:  February 21, 1996
_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.


    William H. Whetstine, an Iowa inmate, appeals the district court's[1] adverse judgment following a bench trial in Whetstine's 42 U.S.C. § 1983 action.  We conclude the district court's judgment for defendants was correct, and that an extended discussion is not warranted.  Accordingly, the judgment is affirmed.  See 8th Cir. R. 47B.

_____

[1]The Honorable Charles R. Wolle, Chief Judge, United States District Court for the Southern District of Iowa.

A true copy.

   Attest:

      CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.